IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**R.G. BARRY CORPORATION,**

    **Plaintiff,**

  v.                                           **Civil Action 2:15-cv-826**
                                                        **Judge Algenon L. Marbley**
**OLIVET INTERNATIONAL, INC., et al.,**          **Magistrate Judge Jolson**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to file Summary Judgment Exhibits under Seal.  (Doc. 52).  For good cause shown, the Unopposed Motion is GRANTED.

    IT IS SO ORDERED.

Date:  February 24, 2017                             /s/ Kimberly A. Jolson
                                                                 KIMBERLY A. JOLSON
                                                                 UNITED STATES MAGISTRATE JUDGE